# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

156351

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v                                                        SC:  156351
                                                         COA:  337027
                                                         Wayne CC:  04-004766-FC
DAJUAN MAURICE LOVE,
            Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the July 5, 2017 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2019



s0128

Clerk